UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| IN RE: | ) | |
|---|---|---|
| | ) | |
| **WILLIAM WILSON** | ) | |
| | ) | Case: 24-20634 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

## OBJECTION TO U.S. BANK TRUST NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY

William Wilson ("Debtor") through his counsel, Richard A. Check, hereby responds to the Motion filed by U.S. Bank Trust National Association ("Movant") for Motion for Relief from Automatic Stay.

Debtor acknowledges shortfall with his post-petition payments on his secured mortgage held by the Movant for March 2024-July 2024. Debtor unintentionally fell behind on payments due to confusion on what is actual monthly mortgage payment was. Debtor has now been reminded by his counsel to make these payments monthly moving forward and is aware of the payment amount effective October 2024.

As of October 8th, 2024, Debtor has mailed a $1,449 payment with check #: 2555 to be applied for August and September obligations.

Beginning December 2024, Debtor will resume making full and timely payments to the Movant and requests that any remaining post-petition arrearages be added into his Chapter 13 Plan.

Wherefore, the Debtor respectfully requests that the court deny the Motion for Relief from

Prepared By:
Attorney Richard A. Check, Esq.
757 N. Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414-223-0000
Fax: 414-223-3245
E-mail: wisoffice@aol.com

Stay filed by Movant.

Date: November 4, 2024                                          S:// *Richard A. Check*
                                                                Richard Check #1012204
                                                                Attorney for Debtor

A copy of the foregoing filed electronically on November 4, 2024 with:

Clerk
U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically if the party name accepts electronic service this November 4, 2024 to:

Attorney Bryan Ward
Attorney Bryan Ward LLC
5555 N. Port Washington Rd.
Suite 305
Milwaukee, WI. 53217

Rebecca Garcia
Chapter 13 Trustee
P O Box 3170
Oshkosh, WI 54903

S:// *Nichole Carson*
Nichole Carson, Paralegal
(Mailed and filed by)