So Ordered.

Dated: November 19, 2024



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: William Wilson        Case No.: 24-20634-beh
       Debtor        Chapter 13

**ORDER DENYING MOTION FOR RELIEF FROM THE
AUTOMATIC STAY, WITH CONDITIONS**

Pursuant to the motion for relief from the automatic stay of U.S. Bank Trust National Association, as Trustee of the Cabana Series V Trust, its successors, servicing agents and/or assignees (hereinafter "the movant") with respect to collateral property located at W4830 Hidden Pines Lane, Shawano, Wisconsin, this matter was heard on 11/12/2024, the movant appearing through Eric Feldman & Associates, P.C., by Bryan Ward; the debtor appearing through Lombardo Law Office, by Samuel Check; and the Chapter 13 Trustee appearing by Rebecca Quiroz. Upon consideration of the documents filed by the parties and statements of counsel at the hearing,

IT IS HEREBY ORDERED that the motion is denied, subject to the following terms and conditions:

1. Movant may file a supplemental claim for all payment arrearage amounts through November 12, 2024. The supplemental claim shall also include Movant's fees and costs in the amount of $ 1,249.00. The supplemental claim shall be repaid through Debtor's Chapter 13 Plan. Debtor retains all rights to object to the

supplemental claim amount to the extent that Debtor can show that the supplemental claim includes payment arrearage amounts that Debtor has already paid.

2.	Commencing with the December 1, 2024 monthly payment, and continuing through and including the May 1, 2025 payment, Debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the Movant, its servicing agent or its counsel may submit evidence of default and a proposed order for immediate relief from the automatic stay to the court for signature.

3.	Thereafter, the Debtor shall make all monthly payments to the Movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may renew the motion by letter, and the motion will be granted unless Debtor files an objection requesting a hearing within 14 days of the motion renewal.

4.	This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

#####